ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| David Boland, Inc. | ) ASBCA Nos. 63007, 63008 |
| | ) |
| Under Contract No. W91278-16-D-0013 | ) |
|  Task Order No. W912QR-18-F-0567 | ) |

APPEARANCES FOR THE APPELLANT:   Denis L. Durkin, Esq.
  Baker & Hostetler, LLP
  Orlando, FL

  W. Barron A. Avery, Esq.
  Brian V. Johnson, Esq.
  Baker & Hostetler, LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:  Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
  David C. Brasfield, Jr., Esq.
  Kristine M. Knodel, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Mobile

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: March 22, 2024

JAMES R. SWEET
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63007, 63008, Appeals of David Boland, Inc., rendered in conformance with the Board's Charter.

Dated:  March 25, 2024

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals